IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| KEVIN T. PUCKHABER | ) | CASE NO. 11-85457 |
| LISA M. PUCKHABER | ) | |
| | ) | |
| DEBTORS. | ) | CHAPTER 13 |

### NOTICE OF CONVERSION TO CHAPTER 7 AND SPLITTING OF CASE

Pursuant to Section 1307(a) of the Bankruptcy Code, the Debtor, Kevin T. Puckhaber, hereby converts this cause to a case under Chapter 7. The Debtor, Kevin T. Puckhaber, also hereby splits his case from co-debtor, Lisa M. Puckhaber.

The Debtor will file amended schedules within ten (10) days.

Date: April 20, 2015

/s/    MEGHAN BOLTE
MEGHAN BOLTE, Attorney for the Debtor,
KEVIN T. PUCKHABER

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Conversion was sent to the U.S. Trustee and to Trustee Lydia S. Meyer, by *ECF Notification Only,* on the 20th day of April, 2015, at or about 5:00 p.m.

/s/    Mary D. Magnuson

PREPARED BY:

ATTORNEY MEGHAN N. BOLTE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700